# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Marvin, Newton
Plaintiff

v.

2019-8241 Crosby, Texas
Civil Action No.

Crosby county 72nd district court , Dfps, molina crystal
Defendant

## COMPLAINT

over looked a direct order set forth by the honorable Judge, Sam R. Cummings.

Sr. judge itis a homor and a privelige ,

being sound minded. I am at disbelief such careless ,recklessness behaviors committed by our judicial system exhausting every attempt to rectify the situation, with out further causing any more mental pain to my children and watching the the same system that showed your court the ergentt.... need to repremaind back to state, is the same organazatio that is causing my childeandn pain suffering mental confusion , sir my kids are being hurt and tramitized after almost 3 years , sense 2019 till present and remaind steadfast in believing in our constitutional,amendments, and judicial system.

your ruling as senior judge determined December,2021 was irreconcilable difference in this case and there fir had rulled, repremaind back to state with following dec, 2 as dissmissal date. that was furmely expressed no concern and dis approved of your rulling maid a nother extension possible . over looking your judgment. Also causing or due peoseas to be overlooked wnd most important three inocent children to be hurt. sir i am not asking for any favor just the law to be honored.

\* Attach additional pages as needed.

| | |
|---|---|
| Date | March, 9 2022 |
| Signature | *[signature]* |
| Print Name | Marvin Newton |
| Address | 315 avenue C |
| City, State, Zip | Ralls, Texas 79357 |
| Telephone | |