UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARVIN E. NEWTON,

    Plaintiff,

v.

CROSBY COUNTY 72nd DISTRICT COURT, et al.,

    Defendants.

No. 5:22-CV-039-H

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

By a standing order of reference, this case was referred to Magistrate Judge D. Gordon Bryant, Jr., for pretrial management. Dkt. No. 1. Judge Bryant issued numerous orders instructing the plaintiff to comply with various requirements. *See* Dkt. Nos. 2; 4; 8. None were abided. *See* Dkt. Nos. 4; 8. Judge Bryant then made findings, conclusions, and a recommendation that the Court dismiss the plaintiff's complaint for want of prosecution, as contemplated by Federal Rule of Civil Procedure 41(b). Dkt. No. 9.

The plaintiff made no objections to Judge Bryant's FCR, so the Court has reviewed it for plain error alone. Because no error—plain or otherwise—can be found in the FCR, the Court adopts it in full: The case is dismissed without prejudice pursuant to Rule 41(b).

So ordered on June 8, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE